IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal No. 98-104 |
| | ) | |
| AMBER LYNN SLOAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 15th day of August, 2008, upon consideration of Defendant's pro se "Motion for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentencing Change in the United States Guidelines Pertaining to Corollary Criminal History Category (Amendment 12) Which Effectively Lowers Petitioner's Term of Imprisonment" (document No. 48) filed in the above captioned matter on August 14, 2008,

IT IS HEREBY ORDERED that said Motion is DENIED, this Court finding that Defendant was sentenced to the mandatory minimum sentence for possession of a firearm by a convicted felon with three or more previous convictions for violent felonies or serious drug offenses, or both, pursuant to 18 U.S.C. §924(e).

s/Alan N. Bloch
United States District Judge

ecf: Counsel of record

cc: Amber Lynn Sloan, #04858-068
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127